IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MITEL NETWORKS, INC.,<br><br>    Defendant. | C.A. 2:21-cv-00473-JRG-RSP<br><br>LEAD CASE |
| ESTECH SYSTEMS IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PETCO HEALTH AND WELLNESS COMPANY, INC., PETCO ANIMAL SUPPLIES, INC., AND PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>    Defendants. | C.A. 2:22-cv-00005-JRG-RSP<br><br>CONSOLIDATED CASE |

## **ORDER**

On this day, Plaintiff Estech Systems IP, LLC and Defendants Petco Health and Wellness Company, Inc., Petco Animal Supplies, Inc., and Petco Animal Supplies Stores, Inc. announced to the Court that they have resolved all claims and counterclaims asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss all of Plaintiff's claims and counterclaims with prejudice and all of Defendants' claims and counterclaims without prejudice, and with all attorneys' fees, costs and expenses to be borne by the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE **ORDERED** that all of Plaintiff's claims and counterclaims are dismissed with prejudice and all of Defendants' claims and counterclaims are dismissed without

prejudice.  IT IS FURTHER **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 8th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE